Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
HERMINIA LORENZO CRUZ

*E-FILED - 7/6/06*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| HERMINIA LORENZO CRUZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CALVIN KENNETH ROUSH,<br><br>　　　　　　Defendant. | Case No. C06-00313-RMW-HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, HERMINIA LORENZO CRUZ, and Defendant, CALVIN KENNETH ROUSH, stipulate, and the Court hereby orders, as follows:

　　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, HERMINIA LORENZO CRUZ, against Defendant, CALVIN KENNETH ROUSH, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

-2-

| | | |
|---|---|---|
| 1 | Dated: June 21, 2006 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq. |
| | | Attorney for Plaintiff |
| 3 | | HERMINIA LORENZO CRUZ |
| 4 | Dated: June 21, 2006 | /s/ John M. Drath |
| 5 | | John M. Drath |
| | | Attorney for Defendant |
| 6 | | CALVIN KENNETH ROUSH |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 7/6/06                    /S/ RONALD M. WHYTE

The Honorable Ronald M. Whyte
Judge of the District Court

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C06-00313-RMW-HRL